# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE                    NO.   2025 CW 1176
INTEREST OF K.M.M.J.


**DECEMBER 1, 2025**

---

In Re:     Joli  Jean  Stevens,  applying  for  supervisory  writs,
           Juvenile Court, Parish of East Baton Rouge, No. 2022-
           CC-00002.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** This court requires a copy of the
transcript from the September 12, 2025 hearing on the request of
the mother, J.S., for the return of custody of her child, K.M.M.J.,
and further requires copies of all evidence admitted at the August
5, 2025 hearing and at the September 12, 2025 hearing, if any.

Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain al pertinent documentation, the missing
items noted above, and must comply with Uniform Rules of Louisiana
Courts of Appeal, Rule 2-12.2. Any new application must be filed
on or before January 5, 2026 and must contain a copy of this
ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT